UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAPHYR LUBIN,

    Plaintiff,

v.                                                Case No: 8:20-cv-1311-CEH-TGW

STARBUCKS CORPORATION,

    Defendant.
_____/

## ORDER

This matter comes before the Court upon the Parties' Joint Motion to Stay Proceedings Pending Completion of Virtual Mediation. Doc. 62. The Parties ask that the Court stay all proceedings and deadlines for ninety days to allow them time to conduct an early mediation. Additionally, they ask permission to conduct mediation virtually based on the locations of their representatives and counsel. The Court, having considered the motion and being fully advised in the premises, will grant the Motion.

Trial courts have "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones,* 520 U.S. 681, 706 (1997). Further, "district courts have inherent, discretionary authority to issue stays in many circumstances, and granting a stay to permit mediation (or to require it) will often be appropriate." *Advanced Bodycare Sols., LLC v. Thione Int'l, Inc.,* 524 F.3d 1235, 1241 (11th Cir. 2008) (citation omitted)

First, the Parties request permission to mediate virtually and argue that the interests of justice would be served by making mediation more convenient. Doc. 62 at 2. According to Middle District of Florida Local Rule 4.03, mediation is to be in-person "unless otherwise agreed by the parties." M.D. Fla. L.R. 4.03. Here, the parties agree to virtual mediation—and the Court will thus grant their request. In its discretion, the Court will also grant the Parties' request for a ninety-day stay of proceedings so that they can conduct an early mediation.

Accordingly, it is **ORDERED**:

1. The Joint Motion to Stay Proceedings Pending Completion of Virtual Mediation (Doc. 62) is **GRANTED**.

2. This case is **STAYED** for a period of 90 days. The Clerk is directed to terminate all pending motions and deadlines and administratively close the file. Any party may move to lift the stay and reopen this case at any time.

3. No later than five days following the completion of their mediation, the Parties shall file a mediation report advising the Court as to its outcome.

**DONE AND ORDERED** in Tampa, Florida on March 4, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any