# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RAPHYR LUBIN**, *et al.*,                     CASE NO.: 8:20-cv-1311

    **Plaintiff,**

v.

**STARBUCKS CORPORATION,**

    **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to M.D. Fla. Local Rule 3.09(a) Plaintiff, Raphyr Lubin, on behalf of himself and on behalf of all others similarly situated, by and through undersigned counsel, respectfully notifies this Honorable Court that the above-styled action against Defendant, Starbucks Corporation, has been resolved with the assistance of mediator, Carlos Burruezo.

The Parties are currently finalizing the necessary paperwork to submit to the Court seeking preliminary approval of their proposed class action settlement. The Parties ask that the Court provide them thirty days, up until and including February 19, 2026, to file the appropriate Motion for approval.

Dated this 20th day of January, 2026.

                                            Respectfully submitted,

                                            */s/ Brandon J. Hill*
                                            **BRANDON J. HILL**
                                            Florida Bar Number: 37061
                                            **LUIS A. CABASSA**
                                            Florida Bar Number: 053643
                                            **AMANDA E. HEYSTEK**

Florida Bar Number: 0285020
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
Email: aheystek@wfclaw.com

**CHAD A. JUSTICE**
Florida Bar Number: 121559
**JUSTICE FOR JUSTICE LLC**
1205 N. Franklin Street, Suite 326
Tampa, Florida 33602
Direct No.: 813-566-0550
Facsimile: 813-566-0770
E-mail: chad@getjusticeforjustice.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of January, 2026, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**